Document Number 965 | Case Number 03-CR-0158-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
10/11/2007 03:43:07 PM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

RANDALL D. THOMAS,

          Petitioner,

                                       ORDER
  v.                                  07-C-562-S
                                      03-CR-158-S-01

UNITED STATES OF AMERICA,

          Respondent.

_____

     Petitioner moves to vacate his sentence under 28 U.S.C. § 2255.

     Accordingly,

ORDER

     IT IS ORDERED that respondent shall file a response not later than November 13, 2007 and petitioner may file a reply not later than December 13, 2007.

     The United States Marshal is directed to serve a copy of said motion and this order upon the United States Attorney.

     Entered this <u>11th</u> day of October, 2007.

                              BY THE COURT:

                              /s/

                          _____
                          JOHN C. SHABAZ
                          District Judge